Appellant Docket sheet #14-14-00849CV

Kenneth L Hill appellant

vs.

the Texas Department of Criminal Justice
Correctional Institutional Division et al

Docket Statement - Civil

Parties

I

Kenneth L Hill #00840451 - Appellant   Pro Se
Jester III Unit
3 Jester Road
Richmond, Texas 77469

the Texas Department of Criminal Justice Appellee's
Correctional Institutional Division
P O Box 99
Huntsville, Texas

David Harris  assistant Attorney General
Kate Smith      "        "       "
P O Box 12548
Austin Texas 78711-2548

II

Perfection of Appeal and Jurisdiction

Order Signed Oct 21-2014  Notice of Appeal Filed Oct 15, 2014,
Judgment Disposed   this is a interlocutory Appeal. Judgment Final YES
Accelerated Appeal NO. Did Judgment dismiss all Parties and issues YES
Did Judgment have matter relead claim NO. This Appeal Reviews NO Probat
Does Judgment have language that one or more Parties take actions YES
Will Hill challenge to Court Jurisdiction YES
the Appellant Aruss that the Court, "hard upon the Prae Pondera-
ates of evidence, didn't have Sufficiency to issue the Jury charge and
instruction's of: Proportionate Responsibilities (Comparative Response, i.b.)
Texas Civil Practice and Remedies Code Annoted 33-01. Both Factual
AND LEGAL. the Appellant shall further challenge the Preponderates
of sufficient evidence to find legal and factual findings for
the Jury.

III

other Basis's for Similarity

Filed

NO

Action

Motion for new trial

Date

Docket Sheet

Page 1

Motion to Modify Judgment     NO

Request for finding of facts     NO

Conclusion of law     NO

Motion to Reinstate     NO

Motion Under TRCP

## IV
## Indigence of Party

Affidavit filed     NO   (Yes)     Nov 6 2014

Contest filed     (No)

Late filing had _____

Will order be stayed pending Bankruptcy     (No)

## VI
## Trial Court and Record

412 Judicial District Court    Brazoria County   Angleton, Texas

The Honorable Edwin Denman Judge

111 E Locust, Suite 201

Angleton Texas 77515

979-864-1917   281 736-1917

Rhonda Barchak    District Clerk – 111 E Locust st 500 Angleton Tx 77515

Clerk Record   YES

412 District Court Reporter Jill Friedrichs    Record Uploaded   Nov 18 2014

Two Day trial      Hill vs TDCSCID    No 14-14 00 869-CV

## VII
## Action of Case

Civil Appeal injured

Supersedes Bond    VIII   NO

Extrordinary relief    IX   No

Alternative dispute Resolution    X     No    ADA Procedure at trial no

No Appellate Mediation

## XI
## Related Matters

All intentional torts dismissed by court order

Petitioner court to add Texas Government code 499.102 4,5,3,11 to jurisdiction

Docket sheet

Page 2

Any other information **XII** Requested by court **No**

**XIII**
Signature

Kenneth L Hill
APPEllant Pro Se
Kenneth L Hill
Printed Noose

**XIV**
Certificate of Service

I Kenneth L Hill the under sian, certifies this Docket Statement was served this __4th__ day of February 2015 by placing Copy of Same in an envelope and depositing Same in the United States Post Office Mail box addressed to

Kyle Smith
Assistant Attorney General
Law Enforcement Defense Division
P O Box 12548
Austin Texas 78711-2548

Kenneth L Hill
Kenneth L Hill #00846441
Jester III Unit
3 Jester Road
Richmond Texas 77469

Docket Sheet                    Page 3